BORIS FELDMAN, State Bar No. 128838
DOMINIQUE C. ALEPIN, State Bar No. 241648
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: boris.feldman@wsgr.com;
dalepin@wsgr.com

Attorneys for Defendant Bazaarvoice, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| United States of America, | ) CASE NO.: 13-cv-0133 EMC |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
| | ) **ORDER FOR EARLY CASE** |
| v. | ) **MANAGEMENT CONFERENCE** |
| Bazaarvoice, Inc., | ) |
| | ) Judge: Edward M. Chen |
| Defendant. | ) Complaint Filed: January 10, 2013 |
| | ) Trial Date: None Set |

**WHEREAS**, on January 10, 2013, Plaintiff the United States of America filed a complaint alleging violation of Clayton Act Section 7, and requesting equitable relief with respect to the June 2012 acquisition by Defendant Bazaarvoice, Inc. of PowerReviews, Inc.;

**WHEREAS**, on January 15, 2013, the Court issued a Case Management Scheduling Order setting an initial Case Management Conference for May 2, 2013;

**WHEREAS**, on January 22, 2013, the parties held a Rule 26(f) conference during which they discussed, among other things, the case schedule;

**WHEREAS**, the parties agreed that this case merits an expedited trial schedule; and

**WHEREAS**, the parties believe that an early Case Management Conference is necessary to set an expedited trial schedule;

**NOW THEREFORE**, it is hereby stipulated and agreed between Plaintiff and Defendant through their respective counsel listed below, subject to the approval of the Court, that:

1. The Case Management Conference currently scheduled for May 2, 2013, at 9 a.m. shall be re-scheduled for February 14, 2013, at 9 a.m., or as soon thereafter as is convenient for the Court;
2. The parties will file their 26(f) statement and Joint Case Management Statement at least seven (7) days in advance of the Case Management Conference.

**IT IS SO STIPULATED**

Dated: January 23, 2013

By: _____/s/ Dominique-Chantale Alepin_____
Dominique-Chantale Alepin
Wilson Sonsini Goodrich & Rosati
650 Page Mill Rd
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 849-6811
E-mail: dalepin@wsgr.com

Attorneys for Defendant
Bazaarvoice, Inc.

Dated:  January 23, 2013

By:    /s/ Peter K. Huston
Peter K. Huston
Assistant Chief
United States Department of Justice
Antitrust Division
450 Golden Gate Ave.
San Francisco, CA 94102
Telephone: (415) 436-6660
Facsimile: (415) 436-6687
E-mail: peter.huston@usdoj.gov

Attorneys for Plaintiff
United States of America

**ORDER**

Pursuant to the parties' stipulation, **IT IS SO ORDERED.**

Dated:    1/29    , 2013

_____
Hon. Edward M. Chen
United States District Court Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

## ATTESTATION

I, Dominique-Chantale Alepin, am the ECF User whose identification and password are being used to file the **STIPULATION AND [PROPOSED] ORDER FOR EARLY CASE MANAGEMENT CONFERENCE**.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Peter K. Huston has concurred in this filing.

Dated:  January 23, 2013

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____/s/ Dominique-Chantale Alepin_____
Dominique-Chantale Alepin

Attorneys for Defendant
Bazaarvoice, Inc.