1  BORIS FELDMAN, State Bar No. 128838
   DOMINIQUE C. ALEPIN, State Bar No. 241648
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
5  Email: boris.feldman@wsgr.com;
   dalepin@wsgr.com
6
   Attorneys for Defendant Bazaarvoice, Inc.
7

8              UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12  United States of America,            )   CASE NO.: 13-cv-0133 EMC
                                         )
13           Plaintiff,                  )   **STIPULATION AND [PROPOSED]**
                                         )   **ORDER FOR EARLY CASE**
14      v.                               )   **MANAGEMENT CONFERENCE**
                                         )
15  Bazaarvoice, Inc.,                   )
                                         )   Judge:           Edward M. Chen
16           Defendant.                  )   Complaint Filed: January 10, 2013
                                         )   Trial Date:      None Set
17                                       )
                                         )
18  _____    )

STIPULATION AND [PROPOSED] ORDER FOR
EARLY CASE MANAGEMENT CONFERENCE
CASE NO. 13-CV-0133-EMC

1

2 **WHEREAS**, on January 10, 2013, Plaintiff the United States of America filed a
3 complaint alleging violation of Clayton Act Section 7, and requesting equitable relief with
4 respect to the June 2012 acquisition by Defendant Bazaarvoice, Inc. of PowerReviews, Inc.;
5 **WHEREAS**, on January 15, 2013, the Court issued a Case Management Scheduling
6 Order setting an initial Case Management Conference for May 2, 2013;
7 **WHEREAS**, on January 22, 2013, the parties held a Rule 26(f) conference during which
8 they discussed, among other things, the case schedule;
9 **WHEREAS**, the parties agreed that this case merits an expedited trial schedule; and
10 **WHEREAS**, the parties believe that an early Case Management Conference is necessary
11 to set an expedited trial schedule;
12 **NOW THEREFORE**, it is hereby stipulated and agreed between Plaintiff and Defendant
13 through their respective counsel listed below, subject to the approval of the Court, that:
14 1. The Case Management Conference currently scheduled for May 2, 2013, at 9 a.m.
15    shall be re-scheduled for February 14, 2013, at 9 a.m., or as soon thereafter as is
16    convenient for the Court;
17 2. The parties will file their 26(f) statement and Joint Case Management Statement at
18    least seven (7) days in advance of the Case Management Conference.
19
20 **IT IS SO STIPULATED**
21
22 Dated:  January 23, 2013            By:      /s/ Dominique-Chantale Alepin
                                         Dominique-Chantale Alepin
23                                       Wilson Sonsini Goodrich & Rosati
                                         650 Page Mill Rd
24                                       Palo Alto, CA 94304
                                         Telephone: (650) 493-9300
25                                       Facsimile: (650) 849-6811
                                         E-mail: dalepin@wsgr.com
26
                                         Attorneys for Defendant
27                                       Bazaarvoice, Inc.
28

STIPULATION AND [PROPOSED] ORDER FOR                -1-                          5368640_1.DOCX
EARLY CASE MANAGEMENT CONFERENCE
CASE NO. 13-CV-0133-EMC

Dated: January 23, 2013

By: _____/s/ Peter K. Huston_____
Peter K. Huston
Assistant Chief
United States Department of Justice
Antitrust Division
450 Golden Gate Ave.
San Francisco, CA 94102
Telephone: (415) 436-6660
Facsimile: (415) 436-6687
E-mail: peter.huston@usdoj.gov

Attorneys for Plaintiff
United States of America

## ORDER

Pursuant to the parties' stipulation, **IT IS SO ORDERED.**

Dated: 1/29, 2013

_____
Hon. Edward M. Chen
United States District Court Judge

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Judge Edward M. Chen]*

**ATTESTATION**

I, Dominique-Chantale Alepin, am the ECF User whose identification and password are being used to file the **STIPULATION AND [PROPOSED] ORDER FOR EARLY CASE MANAGEMENT CONFERENCE**. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Peter K. Huston has concurred in this filing.

Dated: January 23, 2013

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: ___/s/ Dominique-Chantale Alepin___
Dominique-Chantale Alepin

Attorneys for Defendant
Bazaarvoice, Inc.