UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff,<br>　v.<br>BAZAARVOICE, INC,<br>　　　　　Defendant.<br>_____/ | No. C 13-00133 EMC (LB)<br><br>**NOTICE OF REFERRAL AND HEARING DATE AND ORDER REGARDING DISCOVERY PROCEDURES** |

TO ALL PARTIES AND COUNSEL OF RECORD:

On February 19, 2013, the district court referred all discovery disputes in this matter—including the unresolved disputes that the parties' described in their February 7, 2013 Joint Case Management Statement and Discovery Plan—to the undersigned. 2/19/2013 Minute Order, ECF No. 28; see 2/7/2013 Joint Case Management Statement and Discovery Plan, ECF No. 26. Thereafter, on February 22, 2013, the parties filed a joint discovery dispute letter, pursuant to the undersigned's standing order (attached), that describes a dispute regarding certain paragraphs to be included in a stipulated protective order. 2/22/2013 Discovery Dispute Letter. The court has reviewed the papers submitted and **SETS** a hearing on these matters for <u>11:00 a.m. on March 7, 2013 in Courtroom C, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, 94102</u>. The parties may appear telephonically at the hearing by making the appropriate arrangements through CourtCall ahead of time.

In the future, the parties must comply (as they did this time) with the Federal Rules of Civil

Procedure, the Local Rules of Civil Procedure, and Judge Beeler's standing order, which is attached, including the meet-and-confer procedures regarding resolution of discovery disputes.

**IT IS SO ORDERED.**

Dated: March 1, 2013

_____
LAUREL BEELER
United States Magistrate Judge