# UNITED STATES DISTRICT COURT

## Northern District of California

### San Francisco Division

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　　Plaintiff,<br>　v.<br>BAZAARVOICE, INC,<br><br>　　　　　　Defendant.<br>_____/ | No. C 13-00133 EMC (LB)<br><br>**ORDER ACKNOWLEDGING THE UNITED STATES'S WITHDRAWAL OF ITS NON-JOINT DISCOVERY DISPUTE LETTER BRIEF DATED APRIL 8, 2013**<br><br>[Re: ECF Nos. 50, 51, 53] |

On April 8, 2013, the United States filed a non-joint discovery dispute letter brief describing an apparent discovery dispute. 4/8/2013 Letter, ECF No. 50. The next day, Bazaarvoice, Inc. filed a letter in response, stating that it believes the matter to be resolved and the United States's letter to be moot. 4/9/2013 Letter, ECF No. 51. The day after that, the United States filed its own letter in response, stating that it does not necessarily believe the matter to be resolved but nevertheless withdrawing its 4/8/2013 Letter. 4/10/2013 Letter, ECF No. 53. The undersigned issues this order to make clear that the United States's 4/8/2013 Letter is moot and to remind the parties of their obligation to abide by the undersigned's standing order for all discovery disputes in the future. The undersigned will address the parties' subsequently-filed joint discovery letter brief (ECF No. 55) separately. This disposes of ECF Nos. 50, 51, and 53.

**IT IS SO ORDERED.**

Dated: April 22, 2013

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　LAUREL BEELER
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

C 13-00133 EMC (LB)
ORDER RE: LETTER BRIEF DATED APRIL 8, 2013