BORIS FELDMAN, State Bar No. 128838
DYLAN J. LIDDIARD, State Bar No. 203055
DOMINIQUE C. ALEPIN, State Bar No. 241648
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: boris.feldman@wsgr.com;
dliddiard@wsgr.com; dalepin@wsgr.com

Attorneys for Defendant Bazaarvoice, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| United States of America, | ) | CASE NO.: 13-cv-0133 EMC |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER MOVING CASE MANAGEMENT CONFERENCE** |
| v. | ) | |
| Bazaarvoice, Inc., | ) | Judge: Edward M. Chen |
| Defendant. | ) | Complaint Filed: January 10, 2013 |
| | ) | Trial Date: September 10, 2013 |

WHEREAS, this Court's Order dated February 19, 2013 (Dkt. 29) scheduled a Case Management Conference for May 16, 2013 at 10:30 a.m., and pursuant to this Court's Standing Order, the Joint Case Management Statement would have been due on May 9, 2013;

WHEREAS, a scheduling conflict has arisen on May 16, 2013;

NOW THEREFORE, it is hereby stipulated and agreed between Plaintiff and Defendant through their respective counsel listed below, subject to the approval of the Court, that:

1. The Case Management Conference currently scheduled for May 16, 2013, at 10:30 a.m. shall be re-scheduled for May 9, 2013, at 10:30 a.m.;
2. The parties will file their Joint Case Management Statement on May 2, 2013.

**IT IS SO STIPULATED**

Dated: April 24, 2013

By: /s/ Dominique-Chantale Alepin
Dominique-Chantale Alepin
Wilson Sonsini Goodrich & Rosati
650 Page Mill Rd
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 849-6811
E-mail: dalepin@wsgr.com

Attorneys for Defendant Bazaarvoice, Inc.

Dated: April 24, 2013

By: /s/ Peter K. Huston
Peter K. Huston
Assistant Chief
United States Department of Justice
Antitrust Division
450 Golden Gate Ave.
San Francisco, CA 94102
Telephone: (415) 436-6660
Facsimile: (415) 436-6687
E-mail: peter.huston@usdoj.gov

Attorneys for Plaintiff
United States of America

**ORDER**

Pursuant to the parties' stipulation, **IT IS SO ORDERED.**

Dated: 4/29, 2013

_____
Hon. Edward M. Chen
United States District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

# ATTESTATION

I, Dominique-Chantale Alepin, am the ECF User whose identification and password are being used to file the **STIPULATION AND [PROPOSED] ORDER FOR EARLY CASE MANAGEMENT CONFERENCE**. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Peter K. Huston has concurred in this filing.

Dated: April 24, 2013

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Dominique-Chantale Alepin
Dominique-Chantale Alepin

Attorneys for Defendant Bazaarvoice, Inc.