BORIS FELDMAN, State Bar No. 128838
DYLAN J. LIDDIARD, State Bar No. 203055
DOMINIQUE C. ALEPIN, State Bar No. 241648
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100
Email:  boris.feldman@wsgr.com;
dliddiard@wsgr.com; dalepin@wsgr.com

Attorneys for Defendant
Bazaarvoice, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| United States of America, | CASE NO.:  13-cv-0133-EMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING THE EXCHANGE OF PRELIMINARY AND FINAL WITNESS LISTS** |
| v. | |
| Bazaarvoice, Inc., | |
| Defendant. | |

WHEREAS, on February 14, 2013, the Court held an initial Case Management Conference ("CMC") at which time the parties, in an effort to focus and preserve discovery resources, agreed in principle to the exchange of preliminary witness list in advance of the close of fact discovery; and

WHEREAS, the Court requested that the parties meet and confer concerning the exchange of preliminary and final witness lists;

NOW THEREFORE, it is hereby stipulated and agreed between Plaintiff and Defendant through their respective counsel listed below, subject to the approval of the Court, that:

1. On or before June 10, 2013 the parties shall exchange preliminary lists of fact witnesses that may be called live at trial, excluding experts ("Preliminary Witness List");

2. On or before June 28, 2013 the parties may supplement their Preliminary Witness Lists ("Supplemented Preliminary Witness List") by adding no more than ten (10) fact witnesses;

3. The parties shall exchange final trial witness lists ("Final Trial Witness List") on August 6, 2013;

4. Absent good cause, witnesses that did not appear on a party's Preliminary Witness List or Supplemented Preliminary Witness List shall be precluded from testifying live at trial; and

5. Notwithstanding the other limitations on discovery in this case, including the cutoff date for fact discovery, each party shall have the right to (1) seek documents from each witness (subject to the parties' April 4 discovery protocol agreement) who appears on the opposing party's Preliminary Witness List or Supplemented Preliminary Witness List, and (2) depose each witness for up to four (4) hours on the record, unless the party has previously deposed the witness in this litigation.

| | | |
|---|---|---|
| 1 | Dated: June 6, 2013 | By: /s/ Peter K. Huston |
| 2 | | Peter K. Huston<br>Assistant Chief |
| 3 | | United States Department of Justice<br>Antitrust Division |
| 4 | | 450 Golden Gate Ave.<br>San Francisco, CA 94102 |
| 5 | | Telephone: (415) 436-6660<br>Facsimile: (415) 436-6687 |
| 6 | | E-mail: peter.huston@usdoj.gov<br>Attorneys for Plaintiff United States of America |
| 7 | Dated: June 6, 2013 | By: /s/ Dylan J. Liddiard |
| 8 | | Dylan J. Liddiard<br>Wilson Sonsini Goodrich & Rosati |
| 9 | | 650 Page Mill Rd<br>Palo Alto, CA 94304 |
| 10 | | Telephone: (650) 493-9300<br>Facsimile: (650) 849-6811 |
| 11 | | E-mail: dliddiard@wsgr.com<br>Attorneys for Defendant Bazaarvoice, Inc. |

**[PR~~OPO~~QSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 6/7/13 _____

The Honorable Ed[ward M. Chen]
United [States District Judge]

*IT IS SO ORDERED*
*Judge Edward M. Chen*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND [PROPOSED] ORDER
REGARDING THE EXCHANGE OF PRELIMINARY
AND FINAL WITNESS LISTS
CASE NO. 13-CV-0133-EMC

-3-

**ATTESTATION**

I, Dylan J. Liddiard, am the ECF user whose identification and password are being used to file the **STIPULATION AND [PROPOSED] ORDER REGARDING THE EXCHANGE OF PRELIMINARY AND FINAL WITNESS LISTS**. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Peter K. Huston has concurred in this filing..

Dated: June 6, 2013

By:    /s/ Dylan J. Liddiard
Dylan J. Liddiard
Wilson Sonsini Goodrich & Rosati
650 Page Mill Rd
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 849-6811
E-mail: dliddiard@wsgr.com
Attorneys for Defendant Bazaarvoice, Inc.