1  BORIS FELDMAN, State Bar No. 128838
   DYLAN J. LIDDIARD, State Bar No. 203055
2  DOMINIQUE C. ALEPIN, State Bar No. 241648
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone:  (650) 493-9300
5  Facsimile:  (650) 565-5100
   Email:  boris.feldman@wsgr.com;
6  dliddiard@wsgr.com; dalepin@wsgr.com

7  Attorneys for Defendant
   Bazaarvoice, Inc.

8

                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11

12

   United States of America,            )   CASE NO.:  13-cv-0133-EMC
13                                        )
            Plaintiff,                    )   **STIPULATION AND [PROPOSED]**
14                                        )   **ORDER REGARDING THE**
        v.                                )   **EXCHANGE OF PRELIMINARY**
15                                        )   **AND FINAL WITNESS LISTS**
   Bazaarvoice, Inc.,                     )
16                                        )
            Defendant.                    )
17                                        )
                                          )
18                                        )
   _____)
19

20        WHEREAS, on February 14, 2013, the Court held an initial Case Management

21  Conference ("CMC") at which time the parties, in an effort to focus and preserve discovery

22  resources, agreed in principle to the exchange of preliminary witness list in advance of the close

23  of fact discovery; and

24        WHEREAS, the Court requested that the parties meet and confer concerning the

25  exchange of preliminary and final witness lists;

26        NOW THEREFORE, it is hereby stipulated and agreed between Plaintiff and Defendant

27  through their respective counsel listed below, subject to the approval of the Court, that:

28

STIPULATION AND [PROPOSED] ORDER            -1-                    Stip and Proposed Order Final.doc
REGARDING THE EXCHANGE OF PRELIMINARY
AND FINAL WITNESS LISTS
CASE NO. 13-CV-0133-EMC

1    1.    On or before June 10, 2013 the parties shall exchange preliminary lists of fact

2  witnesses that may be called live at trial, excluding experts ("Preliminary Witness List");

3    2.    On or before June 28, 2013 the parties may supplement their Preliminary Witness

4  Lists ("Supplemented Preliminary Witness List") by adding no more than ten (10) fact witnesses;

5    3.    The parties shall exchange final trial witness lists ("Final Trial Witness List") on

6  August 6, 2013;

7    4.    Absent good cause, witnesses that did not appear on a party's Preliminary Witness

8  List or Supplemented Preliminary Witness List shall be precluded from testifying live at trial;

9  and

10    5.    Notwithstanding the other limitations on discovery in this case, including the cutoff

11  date for fact discovery, each party shall have the right to (1) seek documents from each witness

12  (subject to the parties' April 4 discovery protocol agreement) who appears on the opposing

13  party's Preliminary Witness List or Supplemented Preliminary Witness List, and (2) depose each

14  witness for up to four (4) hours on the record, unless the party has previously deposed the

15  witness in this litigation.

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER                   -2-
REGARDING THE EXCHANGE OF PRELIMINARY
AND FINAL WITNESS LISTS
CASE NO. 13-CV-0133-EMC

1   Dated:  June 6, 2013                          By:   /s/ Peter K. Huston
                                                  Peter K. Huston
2                                                 Assistant Chief
                                                  United States Department of Justice
3                                                 Antitrust Division
                                                  450 Golden Gate Ave.
4                                                 San Francisco, CA 94102
                                                  Telephone: (415) 436-6660
5                                                 Facsimile: (415) 436-6687
                                                  E-mail: peter.huston@usdoj.gov
6                                                 Attorneys for Plaintiff United States of America

7   Dated:  June 6, 2013                          By:   /s/ Dylan J. Liddiard
                                                  Dylan J. Liddiard
8                                                 Wilson Sonsini Goodrich & Rosati
                                                  650 Page Mill Rd
9                                                 Palo Alto, CA 94304
                                                  Telephone: (650) 493-9300
10                                                Facsimile: (650) 849-6811
                                                  E-mail: dliddiard@wsgr.com
11                                                Attorneys for Defendant Bazaarvoice, Inc.

12

13

14                           **[PROPOSED] ORDER**

15   PURSUANT TO STIPULATION, IT IS SO ORDERED.

16

17   Dated: _____6/7/13_____

18                                                The Honorable E...
                                                  United...

19

20

21

22

23

24

25

26

27

28

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND [PROPOSED] ORDER                      -3-
REGARDING THE EXCHANGE OF PRELIMINARY
AND FINAL WITNESS LISTS
CASE NO. 13-CV-0133-EMC

**ATTESTATION**

I, Dylan J. Liddiard, am the ECF user whose identification and password are being used to file the **STIPULATION AND [PROPOSED] ORDER REGARDING THE EXCHANGE OF PRELIMINARY AND FINAL WITNESS LISTS**.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Peter K. Huston has concurred in this filing..


Dated:  June 6, 2013

By:   /s/ Dylan J. Liddiard
Dylan J. Liddiard
Wilson Sonsini Goodrich & Rosati
650 Page Mill Rd
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 849-6811
E-mail: dliddiard@wsgr.com
Attorneys for Defendant Bazaarvoice, Inc.