BORIS FELDMAN, State Bar No. 128838
DYLAN J. LIDDIARD, State Bar No. 203055
DOMINIQUE-CHANTALE ALEPIN, State Bar No. 241648
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: boris.feldman@wsgr.com;
dliddiard@wsgr.com; dalepin@wsgr.com

Attorneys for Defendant Bazaarvoice, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Bazaarvoice, Inc.,<br><br>　　　　Defendant. | CASE NO.: 13-cv-0133 WHO<br><br>**AMENDED JOINT STIPULATION AND ORDER SETTING PRE-TRIAL DEADLINES**<br><br>Complaint Filed:　January 10, 2013<br>Judge:　Hon. William Orrick<br>Trial Date:　September 23, 2013 |

**WHEREAS,** on June 27, 2013, this case was reassigned to Judge William Orrick;

**WHEREAS**, on July 10, 2013, the parties presented a stipulation to the Court concerning pre-trial deadlines;

**WHEREAS**, on July 11, 2013, the Court held a Case Management Conference;

**WHEREAS**, at that Case Management Conference, the Court noted that it found the stipulation acceptable save the provision moving the deadline for the proposed findings of fact and conclusions of law to after the trial;

1  **WHEREAS**, the parties have met and conferred regarding pretrial deadlines for the exchanging and filing of certain materials and have reviewed Judge Orrick's Pretrial Standing Order;

4  **WHEREAS**, the parties believe that certain modifications to the schedule under the Pretrial Standing Order that were previously presented to the Court as acceptable should be made;

7  **WHEREAS**, the parties also intend to clarify a matter pertaining to the filing of the proposed findings of fact and conclusions of law;

9  **NOW THEREFORE**, it is hereby stipulated and agreed between Plaintiff and Defendant through their respective counsel listed below, subject to the approval of the Court, that:

1. For documents that have Bates numbers, the parties shall exchange a list of exhibits by Bates numbers only;
2. For documents without Bates numbers that have been previously produced to the other party, the parties shall exchange a list describing the exhibit;
3. For documents that do not have Bates numbers or have not been previously produced to the other party, the parties shall exchange the exhibits as contemplated by the local rules and this Court's Pretrial Standing Order;
4. Each party shall file its proposed findings of fact and conclusions of law on August 26, 2013;
5. The parties shall not exchange their proposed findings of fact and conclusions of law before they are filed on August 26, 2013;
6. Each party shall file a pre-trial brief on August 26, 2013; and
7. Each party's pre-trial brief shall be limited to fifty (50) pages.

**IT IS SO STIPULATED**

Dated:  July 24, 2013

By: _____/s/ Dominique-Chantale Alepin_____
Dominique-Chantale Alepin
Wilson Sonsini Goodrich & Rosati
650 Page Mill Rd
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 849-6811
E-mail: dalepin@wsgr.com

Attorneys for Defendant Bazaarvoice, Inc.

Dated:  July 24, 2013

By: _____/s/ Peter K. Huston_____
Peter K. Huston
Assistant Chief
United States Department of Justice
Antitrust Division
450 Golden Gate Ave.
San Francisco, CA 94102
Telephone: (415) 436-6660
Facsimile: (415) 436-6687
E-mail: peter.huston@usdoj.gov

Attorneys for Plaintiff
United States of America

**ORDER**

Pursuant to the parties' stipulation, **IT IS SO ORDERED** except for a modification to number 7, above--any motions in limine must be included as a part of the pre-trial brief, which is limited to fifty (50) pages.

Dated: August 1, 2013

_____
Hon. William Orrick
United States District Court Judge