BORIS FELDMAN, State Bar No. 128838
DYLAN J. LIDDIARD, State Bar No. 203055
DOMINIQUE-CHANTALE ALEPIN, State Bar No. 241648
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: boris.feldman@wsgr.com;
dliddiard@wsgr.com; dalepin@wsgr.com

Attorneys for Defendant Bazaarvoice, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| United States of America, | CASE NO.: 13-cv-0133 WHO |
|---|---|
| Plaintiff, | **JOINT STIPULATION AND ORDER REGARDING ADMISSIBILITY AND USE OF DEPOSITION TESTIMONY AT TRIAL** |
| v. | |
| Bazaarvoice, Inc., | |
| Defendant. | Complaint Filed: January 10, 2013<br>Judge: Hon. William Orrick<br>Trial Date: September 23, 2013 |

**WHEREAS**, the parties have met and conferred regarding the admissibility and use of deposition testimony for those witnesses whose deposition testimony may be considered at trial pursuant to Federal Rule of Civil Procedure 32;

**WHEREAS**, the parties believe in the interest of judicial efficiency, the Court should consider deposition testimony taken in this case as evidence without having it read into the record at trial;

**WHEREAS**, the parties have met and conferred concerning the admissibility of deposition testimony provided by certain witnesses who reside within 100 miles;

**NOW THEREFORE**, it is hereby stipulated and agreed between Plaintiff and Defendant through their respective counsel listed below, subject to the approval of the Court, that:

1. The parties shall be able to use as substantive evidence the deposition testimony of the corporate representatives of Gigya, Lithium, Clorox, Paypal, Wine.com, Seagate, and Orchard Supply; and

2. All deposition testimony that would be considered substantive evidence under Federal Rule 32 (including the deposition testimony noted above in Paragraph 1) shall be considered as substantive evidence without having to be read into the record at trial.

**IT IS SO STIPULATED**

Dated: August 12, 2013

By:    /s/ Dominique-Chantale Alepin
Dominique-Chantale Alepin
Wilson Sonsini Goodrich & Rosati
650 Page Mill Rd
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 849-6811
E-mail: dalepin@wsgr.com

Attorneys for Defendant Bazaarvoice, Inc.

Dated: August 12, 2013

By:    /s/ Peter K. Huston
Peter K. Huston
Assistant Chief
United States Department of Justice
Antitrust Division
450 Golden Gate Ave.
San Francisco, CA 94102
Telephone: (415) 436-6660
Facsimile: (415) 436-6687
E-mail: peter.huston@usdoj.gov

Attorneys for Plaintiff
United States of America

**ORDER**

Pursuant to the parties' stipulation, **IT IS SO ORDERED.**

Dated: August 14, 2013

_____
Hon. William Orrick
United States District Court Judge

# ATTESTATION

I, Dominique-Chantale Alepin, am the ECF User whose identification and password are being used to file the **JOINT STIPULATION AND ORDER REGARDING ADMISSIBILITY AND USE OF DEPOSITION TESTIMONY**.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Peter K. Huston has concurred in this filing.

Dated: August 12, 2013

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____/s/ Dominique-Chantale Alepin_____
Dominique-Chantale Alepin

Attorneys for Defendant Bazaarvoice, Inc.