UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BAZAARVOICE, INC.,<br><br>　　　　　Defendant. | Case No.  13-cv-00133-WHO<br><br>**ORDER RE: REMOTE REALTIME TRANSCRIPT FEED** |

　　　　The Court hereby authorizes Bazaarvoice, Inc. ("Defendant"), to arrange for a remote Realtime transcript feed for the duration of the trial, set to begin on Monday, September 23, 2013. Defendant may proceed to make arrangements with the Court Information Technology Group and the court reporter to bring into the Courtroom the necessary computer equipment to facilitate the Realtime transcript feed.

　　　　Judicial Conference policy restricts access to Realtime unedited transcripts to parties to the case who have ordered Realtime; Defendant is responsible for ensuring that the remote Realtime transcript feed is not provided to individuals or entities who are not participating in the case.

　　　　Only court reporters may provide Realtime unedited transcript feeds to any party or parties in the courtroom.

　　　　**IT IS SO ORDERED.**

Dated: August 27, 2013

WILLIAM H. ORRICK
United States District Judge