BORIS FELDMAN, State Bar No. 128838
DYLAN J. LIDDIARD, State Bar No. 203055
DOMENIQUE-CHANTALE ALEPIN, State Bar No. 241648
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Tel.: (650) 493-9300
Fax: (650) 565-5100
Email: bfeldman@wsgr.com
       dliddiard@wsgr.com; dalepin@wsgr.com

Attorneys for Defendant Bazaarvoice, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| United States of America, | CASE NO.: 13-cv-0133-WHO |
| Plaintiff, | **REQUEST AND ORDER TO PERMIT EQUIPMENT IN THE COURTROOM** |
| v. | Complaint Filed: January 10, 2013 |
| Bazaarvoice, Inc. | Judge: Hon. William Orrick |
| Defendant. | Trial Date: September 23, 2013 |

Defendant Bazaaarvoice, Inc. intends to prepare electronic audio and visual presentations for potential use as needed at the trial of the above-referenced matter  As instructed by the Courtroom Deputy, Bazaarvoice, Inc. respectfully submits this request for an order permitting it to bring into the courtroom for use at trial on September 20, 2013, the following equipment necessary for the presentations:

- One large projection screen
- One projector
- Two audio speakers
- Two video switches

- One distribution amplifier
- Laptop computers
- Extension cords
- One small folding table (for the projector)

Dated: September 10, 2013              WILSON SONSINI GOODRICH & ROSATI
                                       Professional Corporation

                                       By:   /s/ Dylan J. Liddiard
                                             Dylan J. Liddiard

                                       *Attorneys for Defendant Bazaarvoice, Inc.*

**PURSUANT TO THE REQUEST, IT IS SO ORDERED.**

Dated:  September 10, 2013             _____
                                       William H. Orrick
                                       United States District Judge

REQUEST AND ORDER TO PERMIT EQUIPMENT IN
THE COURTROOM
CASE NO. 13-CV-0133-WHO