BORIS FELDMAN, State Bar No. 128838
DYLAN J. LIDDIARD, State Bar No. 203055
DOMINIQUE-CHANTALE ALEPIN, State Bar No. 241648
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: boris.feldman@wsgr.com;
dliddiard@wsgr.com; dalepin@wsgr.com

Attorneys for Defendant Bazaarvoice, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| United States of America, | ) | CASE NO.: 13-cv-0133 WHO |
|---|---|---|
| Plaintiff, | ) | **JOINT STIPULATION AND ORDER REGARDING ADMISSIBILITY AND USE OF DEPOSITION TESTIMONY OF RATING-SYSTEM AT TRIAL** |
| v. | ) | |
| Bazaarvoice, Inc., | ) | |
| Defendant. | ) | Complaint Filed: January 10, 2013<br>Judge: Hon. William Orrick<br>Trial Date: September 23, 2013 |

**WHEREAS**, the parties have met and conferred concerning the admissibility of deposition testimony provided by Rating-System;

**WHEREAS**, Rating-System's headquarters are within 100 miles of the Court;

**WHEREAS**, Rating-System was deposed previously in this case;

**WHEREAS**, the parties believe in the interests of judicial efficiency and burden to the witness, the Court should consider as evidence the deposition testimony of Rating-System; and

**WHEREAS**, the parties believe that the testimony of Rating-System should be presented by playing video excerpts of the deposition of Rating-System.

**NOW THEREFORE**, it is hereby stipulated and agreed between Plaintiff and Defendant through their respective counsel listed below, subject to the approval of the Court, that:

1. The parties shall be permitted to offer as substantive evidence the deposition testimony of the corporate representative of Rating-System; and

2. The parties shall be permitted to play video excerpts of the deposition of Rating-System at trial.

**IT IS SO STIPULATED**

Dated: September 22, 2013                By:       /s/ Dominique-Chantale Alepin
                                         Dominique-Chantale Alepin
                                         Wilson Sonsini Goodrich & Rosati
                                         650 Page Mill Rd
                                         Palo Alto, CA 94304
                                         Telephone: (650) 493-9300
                                         Facsimile: (650) 849-6811
                                         E-mail: dalepin@wsgr.com

                                         Attorneys for Defendant Bazaarvoice, Inc.


Dated: September 22, 2013                By:       /s/ Peter K. Huston
                                         Peter K. Huston
                                         Assistant Chief
                                         United States Department of Justice
                                         Antitrust Division
                                         450 Golden Gate Ave.
                                         San Francisco, CA 94102
                                         Telephone: (415) 436-6660
                                         Facsimile: (415) 436-6687
                                         E-mail: peter.huston@usdoj.gov

                                         Attorneys for Plaintiff
                                         United States of America

**ORDER**

Pursuant to the parties' stipulation, **IT IS SO ORDERED.**

Dated: September 23, 2013

_____
Hon. William Orrick
United States District Court Judge

**ATTESTATION**

I, Dominique-Chantale Alepin, am the ECF User whose identification and password are being used to file the **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING ADMISSIBILITY OF DEPOSITION TESTIMONY**.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Peter K. Huston has concurred in this filing.

Dated: September 22, 2013                        WILSON SONSINI GOODRICH & ROSATI
                                                 Professional Corporation

                                                 By:    /s/ Dominique-Chantale Alepin
                                                 Dominique-Chantale Alepin

                                                 Attorneys for Defendant Bazaarvoice, Inc.