OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

Northern District of California

CIVIL MINUTES

**Date:** September 25, 2013    **Time:** 4 hrs, 43 mins    **Judge:** WILLIAM H. ORRICK
                                 8:00 a.m. to 12:43 p.m.

**Case No.**: 13-cv-00133-WHO    **Case Name:** United States Of America v. Bazaarvoice, Inc.

**Attorneys for Plaintiff:** Peter Huston, Michael Bonanno, Adam Severt, Lisa Scanlon, Robert Lepore, Aaron Hoag, and David Gelfand

**Attorneys for Defendant:** Jonathan Jacobson, Dylan Liddiard, Chul Pak, Andrea Murino, Scott Sher, Boris Feldman, and Dominique Alepin

**Deputy Clerk:** Jean Davis    **Court Reporters:** Jo Ann Bryce and Kathy Sullivan

PROCEEDINGS

Third day of bench trial, Wednesday, September 25, 2013
| | |
|---|---|
| 8:00 a.m. | Court in session |
| | Parties discuss scheduling issues |
| 8:04 a.m. | Government redirect of Witness Peter Luedtke (Michael Bonanno) |
| | Exhibit DX1865 identified (not a stipulated exhibit) |
| | Document marked as Government Exhibit GX1213 and identified |
| | Exhibit GX0271 identified |
| | Exhibit GX0646 identified |
| | Exhibits GX0271, GX0646, GX1213 offered into evidence; defense objection as to hearsay. Exhibits admitted; Court notes the Defense objection and will consider same in its evaluation of the evidence. |
| | Exhibit DX0531 identified - deemed admitted per prior stipulation of parties |
| | Exhibit GX0797 admitted without objection |
| | Exhibit GX1204 identified (exhibit reviewed by Defense, and due to confidentiality concerns, exhibit not displayed in open court). Exhibit offered into evidence; Defense objection as to hearsay. Exhibit admitted; Court notes the Defense objection and will consider same in its evaluation of the evidence. |
| | Exhibit GX0257 identified - deemed admitted per prior stipulation of parties |
| 8:53 a.m. | Defense follow up (Boris Feldman) |
| | Exhibit 1851 admitted without objection |
| 8:56 a.m. | Government follow up (Michael Bonanno) |
| 8:56 a.m. | Court queries witness Peter Luetke |
| 9:04 a.m. | Witness excused |
| 9:06 a.m. | Witness **Jacqueline Cunningham** sworn; Government direct examination (Lisa Scanlon) |

|           | Exhibit GX0445 identified - deemed admitted per prior stipulation of parties |
|           | Exhibits GX0444, GX1196 and GX0440 admitted without objection |
| 9:23 a.m. | Court in recess |
| 9:35 a.m. | Court in session |
|           | Defense cross examination of witness Jacqueline Cunningham (Dylan Liddiard) |
| 9:45 a.m. | Government redirect of witness Jacqueline Cunningham (Lisa Scanlon) |
| 9:47 a.m. | Witness excused |
| 9:47 a.m. | Witness **Erin Michael Defosse** sworn; Government direct examination |
|           | Document marked as Government Exhibit GX1214 and identified. Exhibit offered into evidence; Defense objection as to foundation and hearsay. Objection overruled; exhibit admitted. |
|           | Exhibit GX0024 identified - deemed admitted per prior stipulation of parties |
|           | Exhibit GX0028 identified (not a stipulated exhibit) |
|           | Exhibit GX0029 identified (not a stipulated exhibit) |
|           | Exhibit GX0030 identified - deemed admitted per prior stipulation of parties |
|           | Exhibit GX0032 identified (not a stipulated exhibit) |
|           | Exhibit GX0941 identified - deemed admitted per prior stipulation of parties |
|           | Exhibit GX0034 identified - deemed admitted per prior stipulation of parties |
|           | Exhibit GX0035 identified - deemed admitted per prior stipulation of parties |
|           | Exhibit GX0037 identified - deemed admitted per prior stipulation of parties |
|           | Exhibit GX0039 identified - deemed admitted per prior stipulation of parties |
|           | Document marked as Government Exhibit 1215 and identified (exhibit reviewed by Defense, and due to confidentiality concerns, exhibit not displayed in open court). |
| 10:55 a.m. | Court in recess |
| 11:05 a.m. | Court in session |
|            | Defense cross examination of witness Erin Michael Defosse (Boris Feldman) |
|            | Witness background information used as aid in questioning only (not treated as an exhibit) |
|            | Exhibit GX0540 identified - deemed admitted per prior stipulation of parties |
|            | Government offers GX0028, GX0029, GX0032, and GX1215 into evidence; admitted without objection but with the Defense assertions as to confidentiality with regard to GX1215. |
| 11:58 a.m. | Witness excused |
| 11:59 a.m. | Government presents excerpts of video deposition of **George Waltzinger** by way of direct examination |
| 12:23 p.m. | Defense presents excerpts of video deposition of George Waltzinger by way of cross examination |
| 12:39 p.m. | Government presents excerpts of video deposition of George Waltzinger by way of redirect |
| 12:43 p.m. | Court in recess |
|            | Trial to resume Thursday, September 26, 2013 at 8:00 a.m. |