UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 13-cv-00133-WHO |
|---|---|
| Plaintiff, | |
| v. | **ORDER DIRECTING PARTIES TO FILE REDACTED VERSIONS OF THEIR POST-TRIAL BRIEFS, FINAL PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW** |
| BAZAARVOICE, INC., | |
| Defendant. | |

The parties have lodged their post-trial briefs, final proposed findings of fact and final conclusions of law with the Court. The Court recognizes that portions of the submissions are subject to pending motions to file under seal. The parties shall file redacted versions of their post-trial briefs, final proposed findings of fact and final proposed conclusions of law on the Court's electronic filing system as soon as they are able to do so.

**IT IS SO ORDERED**.

Dated: October 29, 2013



WILLIAM H. ORRICK
United States District Judge