Peter K. Huston (CA Bar No. 150058)
United States Department of Justice, Antitrust Division
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-6660
Facsimile: (415) 436-6687
E-mail: peter.huston@usdoj.gov

Michael D. Bonanno (DC Bar No. 998208)
United States Department of Justice, Antitrust Division
450 Fifth Street, NW, Suite 7100
Washington, DC 20530
Telephone: (202) 532-4791
Facsimile: (202) 616-8544
E-mail: michael.bonanno@usdoj.gov

Attorneys for Plaintiff United States of America

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. BAZAARVOICE, INC. *Defendant*. | Case No. 13-cv-00133 WHO **JOINT STATEMENT REGARDING REMEDY PHASE AND [PROPOSED] ORDER** Judge: Hon. William H. Orrick Hearing: January 22, 2014 Time: 9 a.m. |

On June 8, 2014, the Court issued its Memorandum Opinion, ECF No. 244, holding that Defendant Bazaarvoice, Inc.'s acquisition of PowerReviews, Inc. violated Section 7 of the Clayton Act, 15 U.S.C. § 18. The Court ordered the parties to submit a Joint Statement Regarding Remedy Phase to address the procedures to be used during the remedy phase of this litigation. Plaintiff United States of America and Defendant Bazaarvoice jointly submit this JOINT STATEMENT REGARDING REMEDY PHASE AND [PROPOSED] ORDER pursuant to the Court's order. The parties have met and conferred, and have stipulated that the schedule and procedures outlined in this [PROPOSED] ORDER will govern the remedy phase of this

litigation, subject to the Court's approval.  The parties, therefore, respectfully request that the Court order the following:

## I.     BRIEFING SCHEDULE

A.     The United States will file a motion for Final Judgment, accompanied by a Proposed Final Judgment and a brief in support of its Proposed Final Judgment, no later than **February 12, 2014**.

B.     Bazaarvoice will file its opposition brief no later than **March 5, 2014**.

C.     The United States will file its reply no later than **March 12, 2014**.

D.     If it finds that further proceedings are necessary, the Court will schedule a hearing to address the remedy for Bazaarvoice's violation of Section 7 of the Clayton Act on **March 19, 2014** at 2 p.m., or as soon thereafter as is convenient for the Court.

## II.    INFORMATION TO BE PROVIDED

Both parties agree that further information is needed to supplement the record for determining a Final Judgment.  Accordingly, Bazaarvoice shall conduct a reasonable search and produce documents, data, or a description relevant to the below items requested by Plaintiff:

A.     A list of all PowerReviews Enterprise customers, as of the time Bazaarvoice acquired PowerReviews, and for each customer, indicate the fees that have been paid to Bazaarvoice since the merger closed;

B.     For each customer identified in response to II.A, (1) whether the customer is still a Bazaarvoice customer; and (2) whether the customer has migrated from the PowerReviews Enterprise platform to any Bazaarvoice platform.  For each customer that has migrated to a Bazaarvoice platform, describe the circumstances surrounding the migration (e.g., commercial terms, incentives, costs associated with migration, and whether migration was requested by the customer);

C.     All customer contracts for customers identified in response to II.A;

D.     A list of current customers using Bazaarvoice Express, including those that were originally PowerReviews Express customers;

E.   A list of post-merger syndication connections that were established between customers using any Bazaarvoice R&R platform and customers using any PowerReviews R&R platform;

F.   The status of any integration of PowerReviews features or functionality into any Bazaarvoice platform, whether or not completed, planned, or in progress;

G.   All PowerReviews and Bazaarvoice patents, including those that are still pending;

H.   The lease for the Bazaarvoice office space in San Francisco that was formerly occupied by PowerReviews;

I.   All current Bazaarvoice employees who were formerly employed by PowerReviews;

J.   For each individual identified in response to II.I, his or her current title, as well as his or her former PowerReviews title;

K.   Any new R&R features that Bazaarvoice has made commercially available to any R&R customer since the merger closed;

L.   Any new R&R features that Bazaarvoice has made available to any PowerReviews customer since the merger closed; and

M.   A copy of Bazaarvoice's monthly balance sheet and monthly income statement for each of the past 24 months, broken down by platform, if possible.

Nothing herein shall require Bazaarvoice to produce privileged material or to produce a privilege log.  Bazaarvoice shall have the right to designate any produced materials "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" pursuant to the Protective Order.  Bazaarvoice shall provide the United States the materials described in Items II.A-M above after a reasonable search no later than **January 31, 2014**

Bazaarvoice reserves the right to produce other materials and information it believes would be relevant to the determination of an appropriate remedy.  Bazaarvoice shall make a good faith effort to produce any such materials to Plaintiff by **January 31, 2014**.  If Bazaarvoice locates additional materials or information after January 31, 2014 which it would like the Court

1  to consider, it shall produce such materials immediately to Plaintiff. Plaintiff reserves the right
2  to object at any point to the consideration of such material if it believes Bazaarvoice has not
3  acted in good faith.
4      Bazaarvoice shall make a good faith effort to make a reasonable number of employees
5  available to the United States for the purposes of responding to informational inquiries. The
6  United States will provide at least forty-eight hours notice for any request for an informational
7  inquiry.

### III. MEDIATION

The parties are also in the process of determining whether it would be productive to engage in discussions with the assistance of Magistrate Judge Corley. If both parties agree that Judge Corley's involvement will be helpful in narrowing the remaining issues in dispute, they will jointly seek Judge Corley's assistance. Any such discussions should occur simultaneously with the remedy phase administered by this Court.

### IV. CASE MANAGEMENT CONFERENCE

The Court has scheduled a Case Management Conference on **January 22, 2013** at 9:00 a.m. With the Court's permission, the parties respectfully request that the conference be conducted telephonically, in lieu of live appearances by counsel.

//
//

JOINT STATEMENT REGARDING     4
REMEDY PHASE AND [PROPOSED] ORDER
CASE NO. 13-CV-00133 WHO

**IT IS SO STIPULATED.**

Dated:  January 17, 2014     Respectfully submitted by:

        /s/ Michael D. Bonanno
Michael D. Bonanno (DC Bar No. 998208)
United States Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 7100
Washington, DC  20530
Telephone:  (202) 532-4791
Facsimile:  (202) 616-8544
E-mail:         michael.bonanno@usdoj.gov

Attorneys for Plaintiff United States of America


        /s/ Dominique-Chantale Alepin
Dominique-Chantale Alepin
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile:  (650) 849-6911
E-mail:  dalepin@wsgr.com

Attorneys for Defendant Bazaarvoice, Inc.

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, **IT IS SO ORDERED**.

Dated:                        , 2014

Hon. William H. Orrick
United States District Judge

## ATTESTATION

I, Michael Bonanno, am the ECF User whose identification and password are being used to file the **JOINT STATEMENT REGARDING REMEDY PHASE AND [PROPOSED] ORDER**. In compliance with Local Rule 5-1(i)(3), I hereby attest that Dominique-Chantale Alepin has concurred in this filing.

Dated: January 17, 2014                By:

                                                   /s/ Michael D. Bonanno
Michael D. Bonanno (DC Bar No. 998208)
United States Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 7100
Washington, DC 20530
Telephone: (202) 532-4791
Facsimile: (202) 616-8544
E-mail:         michael.bonanno@usdoj.gov

Attorneys for Plaintiff United States of America