Peter K. Huston (CA Bar No. 150058)
United States Department of Justice, Antitrust Division
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-6660
Facsimile:  (415) 436-6687
E-mail:  peter.huston@usdoj.gov

Michael D. Bonanno (DC Bar No. 998208)
United States Department of Justice, Antitrust Division
450 Fifth Street, NW, Suite 7100
Washington, DC  20530
Telephone:  (202) 532-4791
Facsimile:  (202) 616-8544
E-mail:  michael.bonanno@usdoj.gov

Attorneys for Plaintiff United States of America

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br><br>*v.*<br><br>BAZAARVOICE, INC.<br><br>*Defendant.* | Case No. 13-cv-00133 WHO<br><br>**DECLARATION IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

I, Michael D. Bonanno, declare as follows:

1.      I am an employee of the United States Department of Justice, Antitrust Division, and counsel for the United States in this action. I have personal knowledge of the facts set forth herein, and, if called as a witness, could and would testify competently thereto.

2.      Exhibit B to Plaintiff's Motion for Entry of Final Judgment is Bazaarvoice's Response to Items II.K and II.L in the Court's Order Regarding Remedy Phase ("Remedy Order"), ECF No. 248. At the time of production, Bazaarvoice designated its entire response "Confidential" under the Protective Order in this action, ECF No. 35. Additionally, portions of Plaintiff's Memorandum in Support of its Motion for Entry of Final Judgment contain information from Bazaarvoice's response to Items II.K and II.L that Bazaarvoice has designated as "Confidential." The relevant portions of the Memorandum have been highlighted in the unredacted version of the Memorandum that has been lodged with the Court.

3.      Exhibit D to Plaintiff's Motion for Entry of Final Judgment is Bazaarvoice's Response to Items II.A and II.B in the Court's Remedy Order, ECF No. 248. At the time of production, Bazaarvoice designated its entire response "Confidential" under the Protective Order in this action, ECF No. 35. Additionally, portions of Plaintiff's Memorandum in Support of its Motion for Entry of Final Judgment contain information from Bazaarvoice's response to Items II.A and II.B that Bazaarvoice has designated as "Confidential." The relevant portions of the Memorandum have been highlighted in the unredacted version of the Memorandum that has been lodged with the Court.

4.      Appendix A to Plaintiff's Proposed Final Judgment is a copy of the Bazaarvoice-PowerReviews Merger Agreement. When Bazaarvoice produced this document during discovery in this litigation, it was designated "Highly Confidential" under the Protective Order in this action, ECF No. 35.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Washington, DC on February 12, 2014.

By: _____

Michael D. Bonanno

DECLARATION                              CASE NO. 13-CV-00133 WHO