Peter K. Huston (CA Bar No. 150058)
United States Department of Justice, Antitrust Division
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-6660
Facsimile:  (415) 436-6687
E-mail:  peter.huston@usdoj.gov

Michael D. Bonanno (DC Bar No. 998208)
United States Department of Justice, Antitrust Division
450 Fifth Street, NW, Suite 7100
Washington, DC  20530
Telephone:  (202) 532-4791
Facsimile:  (202) 616-8544
E-mail: michael.bonanno@usdoj.gov

Attorneys for Plaintiff United States of America

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>BAZAARVOICE, INC.<br><br>*Defendant*. | Case No. 13-cv-00133 WHO<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

The Court finds the materials identified below that have previously been designated "Confidential" or "Highly Confidential" by Bazaarvoice are privileged, protectable as a trade secret, or otherwise entitled to protection under the law.  Accordingly, the Court hereby **GRANTS** Plaintiff United States of America's Administrative Motion to File Under Seal.

**Documents To Sealed:**

1. Exhibit B to Plaintiff's Motion for Entry of Final Judgment, in its entirety
2. Exhibit D to Plaintiff's Motion for Entry of Final Judgment, in its entirety
3. Appendix A to Plaintiff's Proposed Final Judgment, in its entirety
4. The portions of Plaintiff's Memorandum in Support of its Motion for Entry of Final Judgment that have been highlighted in the unredacted version in of the Memorandum that has been lodged with the Court

**IT IS SO ORDERED.**

Dated: _____

_____
HON. WILLIAM H. ORRICK
United States District Judge