1   BORIS FELDMAN, State Bar No. 128838
    DOMINIQUE-CHANTALE ALEPIN, State Bar No. 241648
2   WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
3   650 Page Mill Road
    Palo Alto, CA 94304-1050
4   Telephone:  (650) 493-9300
    Facsimile:   (650) 565-5100
5   Email:  boris.feldman@wsgr.com;
    dalepin@wsgr.com
6

7   Attorneys for Defendant Bazaarvoice, Inc.

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12  *United States of America*,                )   CASE NO.:  13-cv-0133 WHO
                                                )
13                       Plaintiff,             )   **DECLARATION OF KIN GILL IN**
                                                )   **SUPPORT OF DEFENDANT**
14          v.                                  )   **BAZAARVOICE, INC.'S**
                                                )   **ADMINISTRATIVE MOTION TO**
15  *Bazaarvoice, Inc.*,                        )   **SEAL**
                                                )
16                       Defendant.             )
                                                )   Date:   April 2, 2014
17                                              )   Time:  2 p.m
                                                )   Before:  Hon. William H. Orrick
18                                              )
                                                )
19  _____)

20

21

22

23

24

25

26

27

28

1

2       I, Kin Gill, declare and state as follows:

3       1.   I am the Deputy General Counsel of Bazaarvoice, Inc. ("Bazaarvoice").   I have been the

4   Deputy General Counsel since January 2013.   I have personal knowledge of the facts set forth in

5   this Declaration.   If called as a witness, I could and would testify competently to the matters set

6   forth below.

7
        2.   During the course of my employment with Bazaarvoice, I have become familiar with the
8
    types of business information that Bazaarvoice considers to be sensitive and confidential.
9
10  Bazaarvoice considers information relating to its customers and potential customers sensitive and

11  confidential business information.   Examples of sensitive and confidential customer information

12  include: customer lists; customer contracts; actual or proposed customer terms; particular

13  customer pricing information; customer negotiations; and customers' confidential business

14  plans/strategies.
15
        3.   Much of this information is governed by contractual confidentiality provisions, which
16
17  prohibit disclosure of the information.   For example, Bazaarvoice's negotiations with customers

18  and potential customers are generally covered by confidentiality clauses.   Public disclosure of such

19  confidential information pertaining to customer negotiations would be competitively harmful to

20  Bazaarvoice because it would provide Bazaarvoice's competitors with an unfair advantage in

21  negotiating with Bazaarvoice's customers and potential customers.
22
        4.   Similarly, public disclosure of Bazaarvoice's customer lists, which include details
23
24  regarding prices and services, would be competitively harmful to Bazaarvoice.   Such disclosure

25  would provide Bazaarvoice's competitors with unwarranted insight into how Bazaarvoice

26  structures its customer contracts and prices its services, thereby giving competitors unfair

27  advantages in negotiating with Bazaarvoice customers and potential customers.

28

5. Bazaarvoice also considers its non-public financial data to be sensitive and confidential. Disclosure of this information would be competitively harmful to Bazaarvoice because it would provide Bazaarvoice's competitors with unfair insight regarding Bazaarvoice's current and future product offerings and business plans.

6. Bazaarvoice has embarked on a process of determining whether the assets it acquired from PowerReviews can be divested. Bazaarvoice has engaged in communications with potential buyers of those assets. Bazaarvoice has signed non-disclosure agreements with those buyers which prohibit Bazaarvoice from publicly discussing the identity of the buyer (or identifying characteristics), the content of communications with the buyer, and the specifics of any bids made by the buyer. Public disclosure of this information would subject Bazaarvoice to legal action. It would also harm Bazaarvoice's position were potential buyers to learn information about other buyers, Bazaarvoice's situation or specifics of other offers.

7. I am aware that Bazaarvoice is currently seeking to have portions of its Opposition to Plaintiff's Motion for Entry of Final Judgment; portions of the Declaration of Alan Godfrey ("Godfrey Declaration"); Exhibits A-C of the Godfrey Declaration; potions of Plaintiff's Motion for Entry of Final Judgment; and Exhibit D to Plaintiff's Motion for Entry of Final Judgment placed under seal due to concern regarding the confidential information contained therein. I am familiar with the categories of information sought to be sealed and can confirm that these categories are precisely the type that Bazaarvoice seeks to maintain as confidential.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed March 3, 2014, at Austin, Texas.

Kin Gill