Peter K. Huston (CA Bar No. 150058)
United States Department of Justice, Antitrust Division
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-6660
Facsimile: (415) 436-6687
E-mail: peter.huston@usdoj.gov

Michael D. Bonanno (DC Bar No. 998208)
United States Department of Justice, Antitrust Division
450 Fifth Street, NW, Suite 7100
Washington, DC 20530
Telephone: (202) 532-4791
Facsimile: (202) 616-8544
E-mail: michael.bonanno@usdoj.gov

Attorneys for Plaintiff United States of America

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*,<br>*v*.<br>BAZAARVOICE, INC.<br>*Defendant*. | Case No. 13-cv-00133 WHO<br>**STIPULATION AND ORDER**<br>Judge: Hon. William H. Orrick<br>Hearing Date: April 25, 2014<br>Time: 9 a.m. |

**STIPULATION AND ORDER**

It is hereby stipulated and agreed by and between the undersigned parties, subject to approval and entry by the Court, that:

1. The parties stipulate that a Final Judgment in the form attached hereto as Exhibit A may be filed with and entered by the Court, upon the motion of any party or upon the Court's own motion, at any time after compliance with the requirements of the Antitrust Procedures and Penalties Act (15 U.S.C. § 16), and without further notice to any party or other proceedings, provided that the United States has not withdrawn its consent, which it may do at any time before the entry of the proposed Final Judgment

by serving notice thereof on Defendant and by filing that notice with the Court. Defendant agrees to arrange, at its expense, publication as quickly as possible of the newspaper notice required by the APPA, which shall be drafted by the United States in its sole discretion. The publication shall be arranged no later than three (3) business days after Defendants' receipt from the United States of the text of the notice and the identity of the newspaper within which the publication shall be made. Defendants shall promptly send to the United States (1) confirmation that publication of the newspaper notice has been arranged, and (2) the certification of the publication prepared by the newspaper within which the notice was published. The United States has submitted a short memorandum summarizing the procedures regarding the Court's entry of the proposed Final Judgment, which is attached as Exhibit B. This Judgment would settle this case pursuant to the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(b)-(h) (the "APPA"), which applies to civil antitrust cases brought and settled by the United States.

2. Defendant shall abide by and comply with the provisions of the Second Amended Proposed Final Judgment, pending the Judgment's entry by the Court, or until expiration of time for all appeals of any Court ruling declining entry of the Second Amended Proposed Final Judgment, and shall, from the date of the signing of this Stipulation by the parties, comply with all the terms and provisions of the Second Amended Proposed Final Judgment. The United States shall have the full rights and enforcement powers in the proposed Final Judgment, as though the same were in full force and effect as the Final order of the Court.

3. Notwithstanding any prior Orders of the Court, Defendant may divest the Divestiture Assets to Acquirer in a manner consistent with the terms of the Second Amended Proposed Final Judgment, after the Court has signed this Stipulation and Order.

4. This Stipulation and Order shall apply with equal force and effect to any amended proposed Final Judgment agreed upon in writing by the parties and submitted to the Court.

5. In the event (1) the United States has withdrawn its consent, or (2) the proposed Final Judgment is not entered pursuant to this Stipulation and Order, the time has expired for all appeals of any Court ruling declining entry of the proposed Final Judgment, and the Court has not otherwise ordered continued compliance with the terms and provisions of the proposed Final Judgment, then the parties are released from all further obligations under this Stipulation, and the making of this Stipulation shall be without prejudice to any party in this or any other proceeding.
6. Defendant represents that the divestiture ordered in the Second Amended Proposed Final Judgment can and will be made, and that Defendant will later raise no claim of mistake, hardship or difficulty of compliance as grounds for asking the Court to modify any of the provisions contained therein.
7. Defendant shall not appeal the Court's finding of liability in this matter to this or any other court.
8. Defendant shall pay the United States its costs for this litigation, in the amount of $222,073.36.
9. From April 17, 2014, until the date of the sale of the Divestiture Assets pursuant to the proposed Final Judgment, Defendant is prohibited from: (1) transferring any customer currently using the PowerReviews enterprise ratings and reviews platform to a Bazaarvoice ratings and reviews platform (except for those customers who have previously signed an agreement to transfer and have begun the process of transferring); and (2) signing any agreement or reaching any understanding with any customer currently using the PowerReviews enterprise ratings and reviews platform pursuant to which Bazaarvoice would use a Bazaarvoice ratings and reviews platform to provide services to that customer.
10. Defendant shall establish an incentive program designed to encourage current customers of the PowerReviews enterprise ratings and reviews platform to continue using the PowerReviews enterprise ratings and reviews platform. The incentive program must be reasonably calculated to maintain the PowerReviews customer base

to be sold as part of the Divestiture Assets, as determined by the United States in its sole discretion.

Dated: April 24, 2014

Respectfully submitted,

FOR PLAINTIFF
UNITED STATES OF AMERICA

/s/ Michael D. Bonanno

United States Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 7100
Washington, DC 20530
Telephone: (202) 532-4791
Facsimile: (202) 616-8544
E-mail: michael.bonanno@usdoj.gov
Attorneys for Plaintiff United States of America

FOR DEFENDANT
BAZAARVOICE, INC.

/s/ Boris Feldman

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: boris.feldman@wsgr.com
Attorneys for Defendant Bazaarvoice, Inc.

**ORDER**

**IT IS SO ORDERED.**

Dated: April 25, 2014

HON. WILLIAM H. ORRICK
United States District Judge