BORIS FELDMAN, State Bar No. 128838
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: boris.feldman@wsgr.com

Attorneys for Defendant Bazaarvoice, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 3:13-cv-00133-WHO |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER** |
| BAZAARVOICE, INC., | |
| Defendant. | |

It is hereby stipulated and agreed by and between the undersigned parties, subject to approval and entry by the Court, that:

1. Defendant Bazaarvoice, Inc. ("Bazaarvoice") and Wavetable Labs, Inc. ("Wavetable") entered into a Transition Services Agreement ("TSA") on July 2, 2014, as part of Bazaarvoice's divestiture of PowerReviews assets, as required under the Second Amended Proposed Final Judgment ("PFJ") filed in this case on April 24, 2014.

2. Section IV.G. of the PFJ provides that "[a]ny amendments, modifications or extensions of the Transition Services Agreement may only be entered into with the approval of the Court."

3. Exhibit G of TSA, entitled "Statement of Work: R&D and Product Management SME Services" ("SOW") describes the services to be provided by Bazaarvoice to Wavetable

under the TSA.  These services comprise the provision of transition support from six subject matter experts ("SMEs") working within Bazaarvoice's R&D and Product Management functions to Wavetable.

4. In order to facilitate satisfactory completion of transition services under the TSA, Wavetable has requested the following modifications to the SOW:

   a. Modification of certain specific transition services provided by SMEs;
   b. Modification of the time allocation per SME to certain specific transition services;
   c. Extension of the timeline for provision of transition services until August 29, 2014.

5. Bazaarvoice and the United States agree to these modifications to the TSA.

Dated: August 18, 2014
UNITED STATES OF AMERICA

/s/ Aaron Hoag
Aaron Hoag
United States Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 7100
Washington, DC 20530
Telephone: (202) 532-4791
Facsimile: (202) 616-8544
Email: aaron.hoag@usdoj.gov

Attorney for Plaintiff United States of America

Respectfully submitted,
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

/s/ Boris Feldman
Boris Feldman
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: boris.feldman@wsgr.com

Attorneys for Defendant Bazaarvoice, Inc.

### ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 19, 2014

_____
HON. WILLIAM H. ORRICK
United States District Judge

**ATTESTATION**

This stipulation is being filed through the Electronic Case Filing (ECF) system by attorney Boris Feldman, for Defendant Bazaarvoice, Inc.  By his signature, he attests that counsel for Bazaarvoice, Inc. has obtained concurrence in the filing of this document from the United States, pursuant to Civil L.R. 5-1(i)(3).

Dated:  August 18, 2014

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

/s/ Boris Feldman
Boris Feldman
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: boris.feldman@wsgr.com

Attorneys for Defendant Bazaarvoice, Inc.