Jay Himes
Labaton Sucharow LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0834
Facsimile: (212) 883-7501
E-mail: jhimes@labaton.com

*Trustee Pursuant to Order of the Court*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff,*<br><br>        v.<br><br>BAZAARVOICE, INC.<br><br>        *Defendant.* | Case No. 13-cv-00133 WHO<br><br>**REPORT NO. 4 BY THE TRUSTEE**<br><br>Judge: Hon. William H. Orrick |

REDACTED

1  The Trustee submits this monthly report as directed in the Second Amended [Proposed]
2  Final Judgment (the "SAPFJ").  ECF No. 257, Ex. A. § VI.F. This report covers the period since
3  September 30, 2014.

4  **I.     ACTIVITY DURING THE PERIOD COVERED BY THIS REPORT**

5  During this period the Trustee conferred with Bazaarvoice and PowerReviews concerning
6  the matters described below.

7  **A. On-Going Transition Monitoring**

8  Bazaarvoice provided the Trustee with its most recent "PowerReviews Transition
9  Services Program Bi-Weekly Check-In" and "Monthly Roll-Off and Level Setting" (and related
10 spreadsheets). These materials are described in Report No. 2.  Bazaarvoice and PowerReviews
11 have decided to hold these meetings monthly, instead of bi-weekly, going forward.

12 PowerReviews also has provided the Trustee with certain information requested in
13 September, and has agreed to afford Dr. Jason Nieh, the Trustee's consultant, access to certain
14 electronic data repositories. The Trustee also is awaiting PowerReviews responses to additional
15 requests.

16 **B. Data Purge**

17 As discussed in prior Reports to the Court, Bazaarvoice has retained Huron Consulting
18 Services LLC ("Huron"), to identify, quarantine, and dispose of relevant PowerReviews data on
19 Bazaarvoice systems and hardware.  This work, originally scheduled for completion by
20 September 30, is taking additional time. ███████████████████████████
21 █████████████████████████████████████████████████
22 █████████████████████████████████████
23 █████
24 ████████████████████████████████████
25 ███████████████████████████████████████

26
27
28

1 █
2 █
3 █
4 █
5 █
6 █
7 █
8 █
9 █
10 █
11 █
12 █
13 █
14 █
15 █
16 █
17 █
18 █
19 █
20 █
21 █
22 █
23 █
24 █
25 █
26 █
27
28 █

1. ▬
2. ▬
3. ▬
4. ▬
5. ▬
6. ▬
7. ▬
8. ▬
9. ▬

10. **D.  Trustee Activity Regarding Transfer of Divestiture Assets**

11. The Trustee's consultant, Dr. Nieh, has begun reviewing Bazaarvoice's transfer of
12. "Divestiture Assets" called for under the SAPFJ.  This activity includes, by way of summary: (1)
13. seeking to identify (if possible) the PowerReviews electronic files as they existed at the time of
14. the 2012 acquisition, as well as subsequent changes in those files; (2) similarly identifying those
15. files included as Divestiture Assets; (3) comparing the two sets of files; (4) searching various
16. electronic data files in Bazaarvoice's systems for possible migration of data from PowerReviews
17. files during the period that Bazaarvoice owned PowerReviews; (5) following up as necessary
18. with Bazaarvoice and PowerReviews personnel; and (6) reviewing the activity and conclusions
19. arising from Huron's engagement.

20. ▬
21. ▬
22. ▬

23. **II.     CONFIDENTIALITY OF MONTHLY REPORTS**

24. In its Order Granting Motion to Permit the Trustee to File Reports Under Seal (ECF. No.
25. 267, filed Aug. 7, 2014), the Court authorized monthly reports by the Trustee that contain
26. confidential, proprietary and competitively sensitive information to be filed under seal, with a
27. redacted version of the report also filed in the public record.  Accordingly, the full version of this
28. report is being filed under seal and a redacted version in the public docket.

Dated: New York, New York

November 3, 2014

                    Respectfully submitted,

                       /s/ Jay Himes
                        Jay Himes

LABATON SUCHAROW LLP
140 Broadway
Telephone: (212) 907-0834
Facsimile: (212) 883-7501
Email: jhimes@labaton.com

*Trustee Pursuant to Order of the Court*