UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 13-cv-00133-WHO |
|---|---|
| Plaintiff, | |
| v. | **ORDER ADMINISTRATIVELY CLOSING THE CASE** |
| BAZAARVOICE, INC., | |
| Defendant. | |

Each month for the past four years, I have reviewed a detailed report by the Trustee, Jay Himes, who has diligently and effectively monitored the defendant's compliance with the Final Judgment. He has worked through innumerable complex issues with Bazaarvoice and Power Reviews with obvious skill and sensitivity. The best testament to his efforts is that neither the plaintiff, defendant, Power Reviews, nor any other entity has raised a concern to me about anything related to this case since he was appointed. I am grateful and thank him for his service.

The Trustee has completed his monitoring responsibilities, and no further regular reports are contemplated from anyone else. Therefore, the Clerk shall administratively close this matter. I retain jurisdiction to enforce the Final Judgment, of course, and closing the matter administratively does not affect a party's ability to raise any issue with me related to the Final Judgment.

**IT IS SO ORDERED.**

Dated: August 28, 2018

William H. Orrick
United States District Judge